

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2018

No. 04-16-00774-CR

Delfino **LOPEZ**, **JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRN001126 D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# **O R D E R**

Sitting:      Karen Angelini, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Appellant's motion for rehearing is DENIED. *See* Tex. R. App. P. 49.3.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2018.

_____
Keith E. Hottle
Clerk of Court